MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KATHRYN HAUN (DCBN 484131)
WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Kathryn.haun@usdoj.gov
    William.frentzen@usdoj.gov

RAYMOND N. HULSER (MABN 551350)
Acting Chief, Public Integrity Section

RICHARD B. EVANS (DCBN 441494)
Trial Attorney

    1400 New York Avenue, N.W.
    Washington, D.C. 20005
    Telephone: (202) 353-7760
    Richard.B.Evans@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> CARL MARK FORCE, <br><br> Defendant. | ) No. 3 CR-15-70370 <br> ) <br> ) SIPULATION AND [PROPOSED] ORDER TO <br> ) CONTINUE STATUS CONFERENCE AND FOR <br> ) EXTENSION OF TIME UNDER RULE 5.1 AND <br> ) EXCLUSION OF TIME UNDER THE SPEEDY <br> ) TRIAL ACT <br> ) <br> ) <br> ) |

The United States of America, by government counsel, and the defendant, by and through his counsel, Ivan Bates, hereby stipulate to a continuance of the preliminary hearing date in this case to May 5, 2015, at 9:30 a.m. before the duty Magistrate. The defendant agrees that good cause exists to extend

STIPULATION AND [PROPOSED] ORDER

the time limits of Rule 5.1(c) to May 5, 2015. The parties also agree that time is appropriately excluded under 18 U.S.C. § 3161, the Speedy Trial Act between March 30, 2015 and May 5, 2015.

The parties agree that good cause exists, taking into account the public interest in the prompt disposition of criminal cases, to extend the time for the preliminary hearing to May 5, 2015 to allow the parties time to investigate the matter further and to discuss a potential resolution of this matter. The parties also agree that an exclusion of time is appropriate under the Speedy Trial Act between March 30, 2015 and May 5, 2015 for purposes of continuity of counsel and effective preparation of counsel, in order to provide defense counsel with adequate time to review the matter, conduct an investigation, and consult with the defendant. In addition, the defendant agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161. The parties represent that granting the continuance, in order to provide defense counsel with adequate time to review the matter, conduct additional investigation, and consult with the defendant, is necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

Dated: April 3, 2015 _____/s/_____ _____/s/_____
                           RICHARD EVANS      KATHRYN HAUN
                           Trial Attorney          WILLIAM FRENTZEN
                                                   Assistant United States Attorneys

Dated: April 3, 2015                                _____/s/_____
                                                           IVAN BATES
                                                           Attorney for defendant

STIPULATION AND [PROPOSED] ORDER

Based upon the representation of counsel and for good cause shown, the Court finds that good cause exists, taking into account the public interest in the prompt disposition of criminal cases, for extending time under Rule 5.1 for a preliminary hearing to May 5, 2015. The Court further finds that good cause exists for a continuance of the preliminary hearing date to May 5, 2015. The Court finds that failing to exclude the time between March 30, 2015 and May 5, 2015 would unreasonably deny the defendant and counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between March 30, 2015 and May 5, 2015 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that:

(1) The preliminary hearing date is extended to May 5, 2015; and

(2) good cause exists to extend the time for the preliminary hearing under Rule 5.1 to May 5, 2015; and

(3) the time between March 30, 2015 and May 5, 2015 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

DATED: _____  _____
HONORABLE MARIA-ELENA JAMES
United States District Magistrate Judge

STIPULATION AND [PROPOSED] ORDER