Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>CARL MARK FORCE IV, et al<br><br>　　　　　　　　　　Defendant(s). | Case No: 3 CR-15-70370<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, IVAN BATES, an active member in good standing of the bar of MARYLAND, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: CARL MARK FORCE IV in the above-entitled action. My local co-counsel in this case is LOYST P. FLETCHER, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 201 N. CHARLES ST., SUITE 1900<br>BALTIMORE, MD 21201 | 633 W. 5TH ST., 26TH FL.<br>LOS ANGELES, CA 90071 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (404) 814-4600 | (213) 223-2187 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| IVAN@BATESGARCIA.COM | loyst@lpfletcherlaw.com |

　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 26969.

　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　I declare under penalty of perjury that the foregoing is true and correct.

Dated: 04/03/15

　　　　　　　　　　　　　　　　　　　　　　IVAN BATES
　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

　IT IS HEREBY ORDERED THAT the application of IVAN BATES is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/16/15

　　　　　　　　　　　　　　　　　　　　　UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　　　　NANDOR VADAS

PRO HAC VICE APPLICATION & ORDER　　　　　　　　　　　　　　　　　　October 2012