UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA | ) | NO. 3-CR-15-70370 |
|---|---|---|
| | ) | |
| V. | ) | |
| | ) | |
| | ) | |
| | ) | (~~PROPOSE~~D) PROTECTIVE ORDER |
| | ) | |
| | ) | |
| CARL M. FORCE, | ) | |
| SHAUN W. BRIDGES, | ) | |
| Defendants. | | |

The Court finds appropriate the parties' stipulation with respect to the provision of discovery in this case. Accordingly, it is hereby ORDERED that discovery will be produced and handled in accordance with the terms outlines in the parties "Joint Stipulation Regarding Provision of Discovery."

IT IS SO ORDERED.

DATED: May 11, 2015

