IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No.: CR- 15-MJ-70370-MAG |
| CARL FORCE | : | |
| Defendant | : | |

...oooOooo...

## MOTION FOR COURT ORDER FOR DEFENDANT'S MEDICATION

The Defendant, through his counsel, Ivan J. Bates, Esquire and Bates & Garcia, LLC hereby files this Motion for Court Order for Issuance of Defendant's Medication and states in support of:

1. That Defendant is under the care of Dr. Safiyyah H. Abdul Rahman, 120 Sister Pierre Drive, Suite 403, Towson, Maryland 21204, 410-823-6408, for several mental disorders including anxiety, anger issues, mood disorders and depression.

2. That Dr. Rahman prescribed the following medications for the Defendant:

   a. Clonzepam

   b. Venlafaxine

   c. Lamotrigine

   d. Quetiapine.

3. That the Defendant has not been able to receive his medication since he has been incarcerated.

4. That the Defendant has spoken with the USA in this matter and they do not oppose this request.

WHEREFORE, the Defendant hereby respectfully requests that the Court grant this Motion and Order the USMS to provide the Defendant with his medication.

Respectfully submitted,

*[signature]*

IVAN J. BATES, ESQUIRE
BATES & GARCIA, LLC
201 N. Charles Street, Suite 1900
Baltimore, Maryland  21201
PHONE:  (410) 814-4600

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __4__, **May**, 2015 a copy of the foregoing Entry of Appearance was sent via electronic mailing to Rod J. Rosenstein, Assistant United States Attorney, Office of the United States Attorney, 36 South Charles Street, 4th Floor, Baltimore, Maryland 21201.

*[signature]*

IVAN J. BATES