MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KATHRYN HAUN (DCBN 484131)
WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Kathryn.haun@usdoj.gov
    William.frentzen@usdoj.gov

RAYMOND N. HULSER (MABN 551350)
Acting Chief, Public Integrity Section

RICHARD B. EVANS (DCBN 441494)
Trial Attorney

    1400 New York Avenue, N.W.
    Washington, D.C. 20005
    Telephone: (202) 353-7760
    Richard.B.Evans@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3 CR-15-70370 |
| Plaintiff, | ) |
| v. | ) UNITED STATES' RESPONSE IN SUPPORT OF DEFENDANT FORCE'S MOTION RE MEDICATION |
| CARL MARK FORCE, | ) Hon. Elizabeth D. Laporte |
| Defendant. | ) |

1  Comes now the United States through its undersigned attorneys and submits this response in
2 support of defendant Carl M. Force's motion for a court order re defendant's medication filed on May
3 12, 2015 (Dkt. No. 29).  Since defendant's arrest on March 27, 2015, counsel for the United States has
4 been aware of defendant's medical condition and has endeavored to assist in any way it could to ensure
5 that defendant received his mental health medications while in the custody of the U.S. Marshals Service
6 (USMS) while being transported to the Northern District of California to face charges in this matter.
7 Following his arrival in the NDCA, defendant Force was transferred to the San Francisco County Jail
8 and is currently being housed in its medical facility.  Counsel for the United States has learned that,
9 according to defense counsel Ivan Bates, Force has not been receiving his prescribed medications while
10 at the San Francisco County Jail and the undersigned has learned from the USMS that the Jail has
11 refused to provide any information to the USMS without a court order due to HIPPA concerns.
12  It is in the interests of all parties that defendant Force receive the medications which have been
13 prescribed by his treating physicians so that this matter can move forward to either trial or a pre-
14 indictment resolution.  Accordingly, the United States hereby supports defendant's motion and
15 respectfully requests that the court issue an order directing the San Francisco County Jail and the USMS
16 to coordinate their efforts to ensure that Force receives his prescribed medications while he is in custody
17 pending trial or disposition.

Respectfully submitted,

MELINDA HAAG

_____/s/_____      _____/s/_____
RICHARD B. EVANS                         KATHRYN HAUN
Trial Attorney, Public Integrity Section    WILLIAM FRENTZEN
                                         Assistant U.S. Attorneys

Dated: May 19, 2015

UNITED STATES' RESPONSE IN SUPPORT OF DEFENDANT FORCE'S MOTION RE MEDICATION
CR 15-70370